## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Kaye v. New York City Health and Hospitals Corporation          Docket No.: 23-734

Lead Counsel of Record (name/firm) or Pro se Party (name): D. Alan Rosinus, Jr./New York City Law Department

Appearance for (party/designation): New York City Health and Hospitals Corporation/defendant-appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____   Fax:_____
Email:_____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ([ ]) I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ D. Alan Rosinus, Jr.
Type or Print Name: D. Alan Rosinus, Jr.
          OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.